UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KRISTINA THOMPSON,

    Plaintiffs,

vs.

VILLAGE OF PHILLIPSBURG, *et al.*,

    Defendants.

Case No. 3:18-CV-214

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

## ORDER

---

This civil case is before the Court on the motion to withdraw as counsel for Defendant Justin W. Sanderson, Sr. filed on February 27, 2019. Doc. 31. Pursuant to Local Rule 83.4(c), the motion must be served upon the client and the client must be afforded an opportunity to respond to the motion. As it appears from the certificate of service that Mr. Sanderson is incarcerated in the Lorain County Correctional Institution, he is afforded **28 DAYS** to respond to the motion, should he choose to do so. Mr. Davis is **ORDERED** to serve a copy of this order upon Mr. Sanderson forthwith. The Court stays a ruling on the motion to withdraw in the interim. Any party who wishes to advise the Court of its position in regard to this motion may likewise do so in the next **28 DAYS,** *i.e.,* on or before March 28, 2019**.**

    **IT IS SO ORDERED.**


Date:  February 28, 2019                         s/ Michael J. Newman
                                                                Michael J. Newman
                                                                 United States Magistrate Judge