UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KRISTINA N. THOMPSON,

    Plaintiff,

vs.

VILLAGE OF PHILLIPSBURG, *et al.*,

    Defendants.

Case No. 3:18-cv-214

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

_____

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 38); AND (2) DENYING AS MOOT DEFENDANTS' FIRST MOTION TO DISMISS DIRECTED TO THE NOW SUPERSEDED ORIGNAL COMPLAINT (DOC. 9)**
_____

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 38), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. 38) is **ADOPTED** in full; and (2) Defendants' first motion to dismiss directed to the now superseded original complaint (Doc. 9) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Date: May 16, 2019                              *s/Thomas M. Rose
                                                       Thomas M. Rose
                                                       United States District Judge