UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KRISTINA N. THOMPSON,

    Plaintiff,

vs.

VILLAGE OF PHILLIPSBURG, OHIO, *et al.*,

    Defendants.

Case No. 3:18-cv-214

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

_____

**ORDER AND ENTRY: (1) GRANTING PLAINTIFF'S MOTION TO AMEND THE PRELIMINARY PRETRIAL CONFERENCE ORDER (DOC. 58); AND (2) SETTING FORTH AN AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER**
_____

This civil case is before the Court on Plaintiff's motion to amend the Preliminary Pretrial Conference Order. Doc. 58. A memorandum in opposition was filed by Defendants Mark Wysong and the Village of Phillipsburg. Doc. 53. Thereafter, Plaintiff filed a reply. Doc. 58. For good cause shown, and in the interest of justice, the undersigned **GRANTS** Plaintiff's motion (doc. 58) and sets the following dates and deadlines:

| | |
|---|---|
| Plaintiff's expert disclosures: | **March 30, 2020** |
| Defendants' expert disclosures: | **May 1, 2020** |
| Discovery deadline: | **June 1, 2020** |
| Telephone status conference with Judge Rose: | **July 2, 2020 at 10:30 am** |
| Dispositive motion deadline: | **July 15, 2020** |
| Final pretrial conference (in chambers): | **March 11, 2021 at 2:30 pm** |
| Jury trial: | **April 19, 2021 at 9:00 am** |

**IT IS SO ORDERED**.

Date:   January 21, 2020                              s/ Michael J. Newman
                                                                                    Michael J. Newman
                                                                                     United States Magistrate Judge