# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KRISTINA THOMPSON | )<br>)<br>) |
| Plaintiff, | )<br>) Case Number: 3:18-cv-00214-TMR |
| v. | )<br>) Judge Thomas M. Rose |
| VILLAGE OF PHILLIPSBURG, et al. | ) Magistrate Judge Michael J. Newman<br>) |
| Defendants. | )<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice (Doc. 73), submitted by the Plaintiff, Kristina Thompson ("Plaintiff"), Defendant Village of Phillipsburg, and Defendant Chief of Police Mark Wysong, requesting that the Court enter an order of dismissal of all claims of Plaintiff against all case defendants with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS, in accordance with Fed. R. Civ. P. 41(a), that the claims of Plaintiff against Defendants Village of Phillipsburg, Chief of Police Mark Wysong, and Justin W. Sanderson Sr. in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorneys' fees.

DATED:  July 17, 2020

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE